UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:   CASE NO. 08-32071
TIMOTHY DALE SMITH,   Chapter 7
    Debtor.

TRUSTEE'S NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that the Claimant 1, 1st Source Bank, PO Box 1602, South Bend, IN 46634, is entitled to interim distribution on allowed claims, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as unclaimed funds, for the use and benefit of said claimant in the amount of $103.26.

DATED: August 20, 2009

    /s/ Gary D. Boyn
    Gary D. Boyn, Trustee
    121 W. Franklin St., Suite 400
    Elkhart, IN 46516
    (574) 294-7491

CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 20th day of August, 2009:

1st Source Bank
PO Box 1602
South Bend, IN 46634

| | |
|---|---|
| U.S. Trustee's Office: | USTPRegion10.SO.ECF@usdoj.gov |
| James K. Tamke: | tamke@attorney-cpa.com |

    /s/ Gary D. Boyn